No. 797. BANKERS LIFE Co. *v.* CITY OF LITTLEFIELD ET AL. March 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

*Messrs. J. P. Lorentzen* and *A. E. Coker* for petitioner. *Messrs. James G. Martin* and *C. C. Crenshaw* for respondents.